HOWARD C. MISKIN (HM7038)
GLORIA TSUI-YIP (GT9377)
WENDI OPPER UZAR (WO4547)
Attorneys for Plaintiff
Molino's Diamonds Inc.
Miskin & Tsui-Yip LLP
1350 Broadway, Suite 802
New York, New York 10018
(212) 268-0900

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
MOLINO'S DIAMONDS INC. d/b/a                  :
MOLINO JEWELERS,                              :
          Plaintiff,                        :
                                            : Civil Action No. 08 cv-2829 (RJS)(hp)
                                            :                    ECF CASE
      - against -                          :
                                            :
DINARO CREATIONS LLC, and                     :
ALMOD DIAMONDS LTD d/b/a Diamonds             :
International                                 :
          Defendants.                       :
-------------------------------------------------------------X

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

    Pursuant to Federal Rules of Civil Procedure Rule 7.1 Molino's Diamonds, Inc. d/b/a Molino Jewelers, who is the plaintiff, makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?
   [ ] YES [x] NO
2. Does party have any parent corporations?
   [ ] YES [x] NO

    If YES, identify all parent corporations, including grandparent and great- grandparent corporations:

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?
   [ ] YES [x] NO

    If YES, identify all such owners:

rule 71 statement

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?
   [ ] YES [x] NO

   If YES, identify entity and nature of interest:

5. Is party a trade association?
   [ ] YES [x] NO

If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

Date:   March 18, 2008
        New York, New York

　　　　　　　　　　　　　　　　　　　　　　__/s/ Gloria Tsui-Yip_____
                                            HOWARD C. MISKIN (HM7038)
                                            GLORIA TSUI-YIP (GT9377)
                                            WENDI OPPER UZAR (WO4547)
                                            Miskin & Tsui-Yip
                                            1350 Broadway, Suite 802
                                            New York, New York 10018
                                            (212) 268-0900