INDEX # : 08 CV 2898

Date Filed: March 19, 2008

Court Date:

**UNITED STATES DISTRICT COURT**

**COUNTY OF NEW YORK**

**DISTRICT: SOUTHERN DISTRICT OF NEW YORK**

Attorneys: MISKIN & TSUI-YIP LLP    PH: 212-268-0900

Address:  1350 BROADWAY, SUITE 802  NEW YORK  NY  10018    File No.:

*MOLINO'S DIAMONDS, INC D/B/A  MOLINO JEWELERS*

*vs*                                                                                                Plaintiff(s)/Petitioner(s)

*DINARO CREATIONS, LLC  AND ALMOD DIAMONDS LTD D/B/A DIAMONDS INTERNATIONAL*

Defendant(s)/Respondent(s)

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:                **AFFIDAVIT OF SERVICE**

_____ Markland J. Harrison _____ , being duly sworn deposes and says: Deponent is not a party herein, is over 18 years

of age and resides in New York State. On _____ April 2, 2008 _____ at _____ 11:04AM _____ ,

at _____ 42 WEST 48TH STREET, SUITE 801, NEW YORK, NY 10036 _____ , deponent served the within

Summons and Complaint, 3rd Amended Instruction for Filing an Electronic Case or Appeal,  Disclosure of Corporate Affiliations and Other

Entities with a Direct Financial Interest in Litigation- Rule 7.1 Stiement, Individual Practices of Richard J. Sullivan and Magistrate Judge Henry Pitman

on: _____ **DINARO CREATIONS, LLC** _____ , _____ **Defendant** _____ therein named.

| | |
|---|---|
| #1 INDIVIDUAL ☐ | By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein. |
| #2 LLC ☒ | By delivering thereat a true copy of each to_____ RALPHY  SMITH _____ personally, deponent knew the person so served to be the_____ OWNER _____ of the LLC, and authorized to accept service on behalf of the LLC. |
| #3 SUITABLE AGE PERSON ☐ | By delivering a true copy of each to_____ _____ a person of suitable age and discretion. Said premises is recipient's: [  ] actual place of business    [  ] dwelling house (usual place of abode) within the state. |
| #4 AFFIXING TO DOOR ☐ | By affixing a true copy of each to the door of said premises, which is recipient's:[  ] actual place of business  [  ] dwelling house (place of abode) within the state. |

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat

on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
Address confirmed by_____ .

| | |
|---|---|
| #5 MAIL COPY ☐ | On _____ , deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New Yor☐ and Certified Mail #_____ |
| #6 DESCRIPTION ☒ (use with #1, 2 cr 3) | A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows: Sex:__Male__  Color of skin:__White__  Color of hair:__Gray__  Age:__61- 70 Yrs__  Height:__6'O & over__ Weight: __161 - 200 Lbs.__    Other Features: _____ |
| #7 WIT FEES | the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient. |
| #8 MILITARY SRVC ☐ | Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform. |
| #9 USE IN NYC CIVIL COURT ☐ | The language required by NYCRR 2900.2 (e), (f) & (h) was set forth on the fact of said summons (es). |
| #10 OTHER ☐ | |

Sworn to before me on _____ April 3, 2008

_____
WENDY RESNICK
NOTARY PUBLIC, State of New York
No.01RE5067464,  Westchester County
Commission Expires Oct.15, 2010

_____
Markland J. Harrison
Server's Lic # 1080830
Invoice/Work Order # 08008692

*SPS-401 B'WAY-STE.1201, NY, NY 10013, (P)212-226-3322- (F)212-431-9485 WWW.SAV-ONPROCESS.COM*