UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
MOLINO'S DIAMONDS, INC., d/b/a MOLINO JEWELERS,

                  Plaintiffs,

   - against -

DINARO CREATIONS, LLC., and ALMOD DIAMONDS, LTD,
d/b/a DIAMONDS INTERNATIONAL

                  Defendants.
---------------------------------------------------------------x

STIPULATION EXTENDING
TO ANSWER
Index No. 08CV2898

IT IS HEREBY STIPULATED AND AGREED that the time for the defendant, DINARO CREATIONS, LLC., to appear and to answer, amend or supplement the answer as of course or to make any motion with relation to the summons or to the complaint in this action, except as to contesting service of process, or the jurisdiction of this Court, be and the same is hereby extended to and including May 23, 2008.

Dated: Westbury, New York
       April 17, 2008

*[signature]*
ALLEN R. MORGANSTERN, ESQ
MORGANSTERN & QUATELA
Attorney for Defendant Dinaro Creations
355 Post Avenue, Suite 204
Westbury, New York 111590
(516) 739-8300

*[signature]*
~~HOWARD C. MISKIN~~ GLORIA TSUI-YIP (GT9377)
MISKIN & TSUI-YIP, LLP
1550 Broadway, Suite 802
New York, NY 10117
(212) 268-0900