UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
MOLINO'S DIAMONDS, INC., d/b/a MOLINO JEWELERS

                      Plaintiff,

                                                                                    **NOTICE OF CHANGE**
                                                                                   **OF ADDRESS**

             - against -                                           Docket No. 08CV2898

DINARO CREATIONS, LLC., and ALMOD DIAMONDS,
LTD, d/b/a DIAMONDS INTERNATIONAL

                      Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
PLEASE TAKE NOTICE:

       The Office of Allen R. Morganstern, P. C., attorney for defendant, Dinaro Creations, LLC. herein, has and updated e-mail address for ECF filings as follows: emartinez@morgansternlaw.com and amorganstern@morgansternlaw.com.

                                                                 YOURS, etc.

                                                                 ALLEN R. MORGANSTERN, P. C.
                                                                 Attorneys for Defendant Dinaro Creations, LLC
                                                               355 Post Avenue, Suite 204
                                                               Westbury, NY 11590
                                                                (516) 739-8300