UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――X
MOLINO'S DIAMONDS, INC., d/b/a                    Case No. 08 CV 2898 (RJS)
MOLINO JEWELERS,
               Plaintiff
      -v-                                           Rule 7.1 Statement
DINARO CREATIONS, LLC., and ALMOD
DIAMONDS, LTD., d/b/a DIAMONDS
INTERNATIONAL,
               Defendants
―――――――――――――――――――――X

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for DINARO CREATIONS, LLC. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

Date: May 20, 2008

_____
Allen R. Morganstern
Attorney Bar Code: AM9470