# ALLEN R. MORGANSTERN, P. C.
## Attorney and Counselor at Law
Suite 204
355 Post Avenue
Westbury, New York 11590

Telephone: 516-739-8300
Facsimile: 516-739-8390
E-mail: amorganstern@morgansternlaw.com

ALLEN R. MORGANSTERN

OF COUNSEL
JOSEPH J. LICATA, JR.
JOHN J. ROSSILLO
BRIAN J. CARMODY
JAMES W. BOZZOMO

July 24, 2008

**VIA ECF**

Hon. Richard J. Sullivan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY

      Re:    Molino's Diamonds, Inc. v. Dinaro Creations, LLC
              08-CV-02898 (RJS)

Dear Judge Sullivan:

      Please be advised that I have been discharged as the attorney for the defendant, Dinaro Creations, LLC ("Dinaro") with regard to the above referenced matter. I have been directed by Michael Ebrani, the principal of Dinaro to crease representation of Dinaro and not to incur any further legal expenses related thereto.

      As a result, I am making this letter motion seeking an order from the Court discharging me as the attorney of record for Dinaro pursuant to Local Civil Rule 1.4.

      Should it be necessary, I will attend the Court conference scheduled for August 1, 2008. I have advised Dinaro that a representative of Dinaro also needs to be present at the conference.

                             Very truly yours,

                             ALLEN R. MORGANSTERN

ARM/em
cc.    Gloria Tsui-Yip, Esq.
       Dinaro Creations, LLC.