UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MOLINO'S DIAMONS, INC., d/b/a MOLINO'S
JEWELERS

       Plaintiff,      CONSENT TO CHANGE
                ATTORNEY

- against -          Case No. 08 CV 2898 (RJS)

DINARO CREATIONS, LLC. and ALMOD
DIAMONDS, LTD., d/b/a DIAMONDS
INTERNATIONAL,

       Defendants.
------------------------------------------------------------x

*IT IS HEREBY STIPULATED AND AGREED TO THAT* GOTTLIEB, RACKMAN &

REISMAN, P. C, be substituted as attorney of record in this action on behalf of defendant, DINARO

CREATIONS, LLC., in place and stead of ALLEN R. MORGANSTERN, P. C. as of the date hereof.

DATED:  July 30, 2008
      Westbury, New York

                _[signature]_
                ALLEN R. MORGANSTERN, P. C.
                By: Allen R. Morganstern, Esq.
                Outgoing Counsel

                _[signature]_
                GOTTLIEB, RACKMAN & REISMAN, P. C.
                By: Steven Stern, Esq.
                Incoming Counsel