AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern   DISTRICT OF   New York

**APPEARANCE**

Case Number: 08-2898

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Dinaro Creations LLC

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8/1/2008 | /Steven Stern/ |
| Date | Signature |
| | Steven Stern             SS 5203 |
| | Print Name              Bar Number |
| | 270 Madison Ave., 8th Floor |
| | Address |
| | New York        NY        10016 |
| | City         State       Zip Code |
| | (212) 684-3900    (212) 684-3999 |
| | Phone Number          Fax Number |