JUL-30-2008 16:34 P.02

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/08

MOLINO'S DIAMONS, INC., d/b/a MOLINO'S JEWELERS

        Plaintiff,

- against -

DINARO CREATIONS, LLC. and ALMOD DIAMONDS, LTD., d/b/a DIAMONDS INTERNATIONAL,

        Defendants.

--------------------------------------------------x

CONSENT TO CHANGE ATTORNEY

Case No. 08 CV 2898 (RJS)

IT IS HEREBY STIPULATED AND AGREED TO THAT GOTTLIEB, RACKMAN & REISMAN, P. C. be substituted as attorney of record in this action on behalf of defendant DINARO CREATIONS, LLC., in place and stead of ALLEN R. MORGANSTERN, P. C. as of the date hereof.

DATED:   July 30, 2008
         Westbury, New York

ALLEN R. MORGANSTERN, P. C.
By: Allen R. Morganstern, Esq.
Outgoing Counsel

GOTTLIEB, RACKMAN & REISMAN, P. C.
By: Steven Starr, Esq.
Incoming Counsel

AUG 0 1 2008

SO ORDERED
Dated: 8/1/08
RICHARD J. SULLIVAN
U.S.D.J.

TOTAL P.02