## GOTTLIEB, RACKMAN & REISMAN, P.C.

COUNSELORS AT LAW

PATENTS · TRADEMARKS  COPYRIGHTS  INTELLECTUAL PROPERTY

270 MADISON AVENUE
NEW YORK, N.Y. 10016-0601
PHONE: (212) 684-3900  FACSIMILE: (212) 684-3999
WEB: http://www.grr.com · E-MAIL: info@grr.com

JAMES REISMAN
MICHAEL I. RACKMAN
GEORGE GOTTLIEB
BARRY A. COOPER
DAVID S. KASHMAN
ALLEN I. RUBENSTEIN
JEFFREY M. KADEN
AMY B. GOLDSMITH
TIBERIU WEISZ
MARIA A. SAVIO
RICHARD S. SCHURIN
MARC P. MISTHAL
STEVEN STERN

DONNA MIRMAN BROOME
BARBARA H. LOEWENTHAL
FRANK D. DECOLVENAERE
YUVAL H. MARCUS
BARRY R. LEWIN
JOSHUA R. MATTHEWS
LESLEY J. MATTY

PATENT AGENTS
ZOYA V. CHERNINA
HENRY VUU

OF COUNSEL
DIANA MULLER *

* MEMBER OF THE BAR
OF ARGENTINA ONLY

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/3/08

September 2, 2008

**VIA FACSIMILE**
Hon. Richard J. Sullivan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 615
New York, NY 10007

Re: **Molino's Diamonds v. Dinaro Creations LLC**
**Civil Action No. 08 CV 2898 (RJS) (HBP)**

Dear Judge Sullivan:

Our firm represents defendant Dinaro Creations in connection with the above referenced matter. On behalf of plaintiff Molino's Diamonds and Dinaro Creations we write to jointly request a 30-day adjournment of the due date by which the parties are to provide Your Honor with a proposed Scheduling Order and status letter. These documents are scheduled to be submitted by tomorrow, September 3, 2008.

Since the last conference with Your Honor, the parties have been engaged in serious settlement negotiations. Both sides are optimistic that a resolution can be reached in the near future.

No previous requests for adjournments have been made. Katie granted permission to make this request via fax.

Respectfully submitted,

GOTTLIEB, RACKMAN & REISMAN, P.C.

s/Steven Stern

cc: Gloria Tsui-Yip (via email)

*Request granted. The parties shall submit a status letter (joint) and proposed scheduling order and case management plan by Oct. 2, 2008.*

SO ORDERED
Dated: 9/3/08
RICHARD J. SULLIVAN
U.S.D.J.

TOTAL P.02